UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC WORKMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:10-cv-0293 SEB-TAB |
| | ) |
| GREENWOOD COMMUNITY SCHOOL CORPORATION, *et al.*, | ) ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Motion for Preliminary Injunction**

Comes now plaintiff, by counsel, and states that:

1. He has filed this action seeking, among other things, an injunction to prevent defendants from allowing a student-led prayer at graduation ceremonies that will occur on May 28, 2010, inasmuch as such prayer violates the First Amendment to the United States Constitution as made applicable to the defendants by the Fourteenth Amendment to the United States Constitution.

2. He will prevail on the merits of this case.

3. Allowing the planned prayer to occur will cause him irreparable harm for which there is no adequate remedy at law.

4. The balance of harms favors the grant of a preliminary injunction.

5. The public interest will not be disserved by the grant of a preliminary injunction.

6. Inasmuch as the defendants will suffer no monetary harm if an injunction is granted, the preliminary injunction should be granted without bond.

7.	In further support of this motion the plaintiff relies on his Verified Complaint for Declaratory and Injunctive Relief and Nominal Damages.

8.	Plaintiff will submit a preliminary injunction memorandum in a timely fashion prior to the hearing.

WHEREFORE, plaintiff requests that he be granted a preliminary injunction in this matter, and for all other proper relief.

/s/ *Kenneth J. Falk*
Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059 ext. 104
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 12th day of March, 2010, a copy of the foregoing was filed electronically with the Clerk of this Court. Copies were also sent, by first class U.S. postage, pre-paid, on the following person(s).

Greenwood Community School Corporation
605 W. Smith Valley Rd.
Greenwood, IN 46142

Principal
Greenwood High School
605 W. Smith Valley Rd.
Greenwood, IN 46142

/s/ *Kenneth J. Falk*
Kenneth J. Falk
Attorney at Law